```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAMEL NORRIS,

      Plaintiff,

  - against -

PRIYA 2008, INC., et al.,

      Defendants.
-------------------------------------------------------------X

21-CV-223 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  This resolves the applications made by the parties at Dkt. 38 and 41. As discussed at the conference held on November 24, 2021, (1) the fact discovery is deadline is extended to **February 28, 2022**, and all subsequent dates are extended commensurately; (2) Plaintiff's motion to compel and Defendants' motion for a protective order are DENIED without prejudice; and (3) both parties' motions for sanctions are denied.

        SO ORDERED.

        _____
        ROBERT W. LEHRBURGER
        UNITED STATES MAGISTRATE JUDGE

Dated: November 24, 2021
    New York, New York

Copies transmitted this date to all counsel of record.