```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAMEL NORRIS,

                        Plaintiff,

          - against -

PRIYA 2008, INC., et al.,

                       Defendants.
-------------------------------------------------------------X

21-CV-223 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

     Any papers opposing the motion of Ansell Grimm & Aaron, P.C. to withdraw as counsel for Defendant Priya 2008, Inc., D/B/A Metro By T-Mobile (Dkt. 44) shall be filed by **December 8, 2021**.  In the absence of any opposition, the Court will grant the request for withdrawal, at which point Priya can only appear by counsel; in the absence of appearance of counsel, Priya would then be in default and subject to a default judgment.  By **December 1, 2021**, counsel for Priya shall serve Priya with a copy of this order and its motion to withdraw via email to Bitu Chandok and overnight mail to Priya and shall file proof of service by **December 3, 2021**.

                                                  SO ORDERED.

                                                  _____
                                                  ROBERT W. LEHRBURGER
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: November 30, 2021
         New York, New York

Copies transmitted this date to all counsel of record.