USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAMEL NORRIS,

                             Plaintiff,

           - against -

PRIYA 2008, INC., et al.,

                            Defendants.
-------------------------------------------------------------X

21-CV-223 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 6, 2022, counsel for Defendant 664 Ninth Avenue LLC failed to appear for a discovery conference scheduled at his request. (*See* Dkt. 48.) By **January 12, 2022**, counsel for Defendant shall file a letter setting forth an explanation for why he missed the conference.

      The discovery conference will be rescheduled.

                                        SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: January 6, 2022
       New York, New York

Copies transmitted this date to all counsel of record.