UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAMEL NORRIS,

               Plaintiff,

      - against -

PRIYA 2008, INC., et al.,

               Defendants.
-----------------------------------------------------------X

21-CV-223 (ALC) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    As discussed during the conference held on January 19, 2022: No later than January 19, 2022, Plaintiff shall provide an amended list of 30(b)(6) topics, and Defendant shall provide a Bates-stamped copy of the lease previously provided. No later than January 21, 2022, Defendant shall provide proposed dates/times for the deposition of its 30(b)(6) witness, who will testify both as a 30(b)(6) witness and in his individual capacity.

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: January 19, 2022
       New York, New York

Copies transmitted this date to all counsel of record.