USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/5/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NAMEL NORRIS,**

      **Plaintiff,**

  -against-

**BR WIRLESS 664 LLC, ET AL.,**

      **Defendants.**

**21-cv-223 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: April 5, 2022
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**